No. 400, Misc. ROGERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 424, Misc. COFFEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 468, Misc. ZUIDEVELD ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 513, Misc. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Fred Okrand* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 533, Misc. KELLY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Superior Court of Washington, Walla Walla County. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 561, Misc. ESTEP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.